DONELLY, Plaintiff, v. CITY OF ROCH-ESTER, Defendant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Patrick Donelly, as administrator, etc., against the city of Rochester. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs.

DUDLEY et al., Respondents, v. WOLF et al., Appellants. (Supreme Court, Appellate Division, First Department. May 12, 1899.) Action by John L. Dudley and others against Abraham J. Wolf and others. A. H. Van Brunt, for appellants. J. J. Allen, for respondents. No opinion. Appeal from order of February 23, 1899, dismissed, with $10 costs.

DUDLEY et al., Respondents, v. WOLF et al., Appellants. (Supreme Court, Appellate Division, First Department. May 12, 1899.) Action by John L. Dudley and others against Abraham J. Wolf and others. A. H. Van Brunt, for appellants. J. J. Allen, for respondents. No opinion. Order of April 4, 1899, affirmed, with $10 costs and disbursements.

DUER et al., Appellants, v. HUNT, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by James G. K. Duer and another against Richard R. Hunt. From an order canceling and discharging a judgment, plaintiffs appeal. Reversed. William B. Hornblower, for appellants. Henry Steinert, for respondent.

PER CURIAM. The judgment in favor of these plaintiffs against the defendant, Richard R. Hun, was vacated by the court below upon the production of a discharge of the defendant as an insolvent debtor. As we have held upon a motion to set aside an execution issued in this action against this defendant that the discharge was void (58 N. Y. Supp. 742), it follows that this order appealed from must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

DYGERT, Respondent, v. PORSCHET, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Catharine Dygert against John Porschet. No opinion. Judgment and order affirmed, with costs.

DYGERT v. PORSCHET. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Catharine Dygert against John Porschet. No opinion. Motion denied, with $10 costs.

EAST SIDE SAV. BANK OF ROCHESTER, Respondent, v. McPHERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by the East Side Savings Bank of Rochester against William J. McPherson, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements, unless the defendant McPherson complies with the terms of a stipulation dated May 23, 1899, signed by the counsel for the respective parties, and filed with the clerk.

FAJEN, Appellant, v. GERMAN DUTCH REFORMED CHURCH OF VILLAGE OF MELROSE, Respondent. (Supreme Court, Appellate Term. May 24, 1899.) Action by John C. Fajen against the German Dutch Reformed Church of Village of Melrose. There was a judgment for defendant, and plaintiff appeals. Affirmed. Henry William Helfer, for appellant. Kenneson, Crain & Alling, for respondent.

MacLEAN, J. The plaintiff brought this action to recover a balance due upon a claim assigned to him for the services of his assignor, as architect, in drawing plans and superintending the erection of a parsonage, and procuring a permanent loan on the church edifice and parsonage. The defendant denied that the assignor had been employed otherwise than to prepare plans and superintend the erection of the building in the manner usually performable by an architect, alleged that he had been paid for all of the services rendered by him, and set up a counterclaim for damages suffered by the defendant through the lack of skill and diligence of the assignor. Extended testimony was given by the assignor to sustain the allegations in the complaint, and by the pastor and agent of the defendant in support of the denials and of the counterclaim, so that the decision of the learned justice rested upon his belief or disbelief in the veracity of the witnesses. With ample evidence to support his determination, he decided in favor of the defendant upon the chief issue in the case, and disallowed the counterclaim, which was not especially pressed. The judgment should be affirmed, with costs. Judgment affirmed, with costs. All concur.

FERREE v. MOQUIN–OFFERMAN–HEISSENBUTTEL COAL CO. (City Court of New York, General Term. May 22, 1899.) Action by Samuel P. Ferree against the Moquin-Offerman-Heissenbuttel Coal Company. Judgment affirmed. Cameron & Hill, for appellant. C. N. Judson, for respondent.

McCARTHY, P. J. We have examined the record on appeal, and are satisfied that the trial justice properly directed a verdict herein. Judgment affirmed, with costs. CONLAN, J., concurs.

FISK, Respondent, v. HARRIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Josiah G. Fisk against Robert Harris and others. No opinion. Judgment of the county court affirmed, with costs. See In re Drainage in Town of Penfield, 69 Hun, 601, 23 N. Y. Supp. 944.

FLOUR CITY NAT. BANK OF ROCHESTER v. PFAFF et al. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by the Flour City National Bank of Rochester against George Pfaff, impleaded, etc. No opinion. Motion denied, with costs, and judgment ordered for the defendant on the verdict, with costs.

FOGGAN, Respondent, v. COLGAN, Appellant. (Supreme Court, Appellate Division,